UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

    KEITH LUOTONEN                               Case No. 22-21031-DOB
                                                      Chapter 13

    Debtor(s)                                    Hon. DANIEL OPPERMAN
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE

    PLEASE TAKE NOTICE that BUTLER ROWSE-OBERLE PLLC represents CHRISTIAN FINANCIAL CREDIT UNION in the above-captioned matter. Please serve copies of all notices and pleading to the following address:

                            BUTLER ROWSE-OBERLE PLLC
                                  24525 Harper Avenue
                                  St. Clair Shores, MI  48080


                                  /s/   KAREN L. ROWSE-OBERLE (P41893)
                                  Attorney for Creditor
                                  24525 Harper Avenue
                                  St. Clair Shores, MI  48080
                                  (586) 777-0770
                                  krowse-oberle@brolawpllc.com

October 20, 2022